UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROSIE WASHINGTON, ET AL

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 10-CV-261-JJB-CN

## CORRECTED JUDGMENT

For written reasons assigned, and because Plaintiff's Objection to Ruling and Judgment (doc. 25) merely restates prior arguments, it is ORDERED, ADJUDGED AND DECREED that there be a judgment in favor of the defendants, State of Louisiana, Louisiana Department of Public Safety and Corrections, Louisiana State Penitentiary, and against the plaintiffs, Rosie Washington and Sheldon Washington, as to plaintiffs' 42 U.S.C. §§ 1981, 1983, and 1985 claims against defendants. Plaintiff's state law claims are dismissed without prejudice.

IT IS FURTHER ORDERED that plaintiffs' claims against defendants Burl Cain, Mary Annette Dubroc, Stacye Rodriguez Menzina-Falgout, Gwen Hardin, L. Bruce Dodd, Donald Barr, and Ronald Jett, be dismissed for failure to serve by September 10, 2010 in accordance with this Court's order (doc. 15).

Signed in Baton Rouge, Louisiana, this 2nd day of November, 2010.

JUDGE JAMES J. BRADY
MIDDLE DISTRICT OF LOUISIANA.